UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DENNIS WEST
(#93365)

VERSUS

WINN CORRECTIONAL CENTER

CIVIL ACTION

NO. 11-8-BAJ-CN

**RULING**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Christine Noland dated June 7, 2011 (doc. 15), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the Petition for Writ of Habeas Corpus filed by Dennis West is dismissed with prejudice as untimely.

Baton Rouge, Louisiana, July 29, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA